# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**BRUCE WAYNE HUEY,**

    Plaintiff,

v.

**TED PHILBIN, CECILIA LINDER, and WAYNE RIZER,**

    Defendants.

Civil Action No. 7:12-CV-97 (HL)

## ORDER

Before the Court is Plaintiff's Motion for Judgment by Default (Doc. 83). Like Plaintiff's Motion to Alter or Amend the Judgment (Doc. 73), his motion for default judgment is frivolous, for it fails to present any new evidence or legal arguments. Furthermore, since judgment has already been rendered in favor of Defendants (Doc. 71), this motion is very untimely. Therefore, Plaintiff's Motion for Judgment by Default (Doc. 83) is denied.

The Court instructs Plaintiff to cease filing frivolous motions. If he persists in doing so, the Court will impose appropriate sanctions.

**SO ORDERED**, this the 17th day of September, 2013.

                *s/Hugh Lawson*
                **HUGH LAWSON, SENIOR JUDGE**

scr