**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**BRUCE WAYNE HUEY,**

    Plaintiff,

v().

**TED PHILBIN, CECILIA LINDER, and WAYNE RIZER**,

    Defendants.

Civil Action No. 7:12-CV-97 (HL)

### ORDER

Before the Court is Plaintiff's Objections to the Court's Order (Doc. 85), listed in CM/ECF as "Motion for Reconsideration." This is Plaintiff's second motion for reconsideration. Under Local Rules 7.6 and 7.7 as well as Federal Rule of Civil Procedure 59, Plaintiff's motion is denied as frivolous.

In consideration of Plaintiff's *pro se* status, the Court will assume that he had not yet received the Court's Order of September 17, 2013 (Doc. 84) when he filed this most recent frivolous motion. Therefore, the Court refrains from imposing sanctions at this time but reiterates its warning concerning frivolous motions. Filings that contain nothing more than wild accusations, irrelevant arguments, and conclusory allegations will be dealt with severely.

The history for this case on CM/ECF contains no evidence for a "Plaintiff's Motion to Amend Complaint" filed on or about July 19, 2013. Plaintiff's Amended

Complaint (Doc. 22) was accepted by this Court in an Order dated October 29, 2012 (Doc. 23), although the claims made in the amended complaint were eventually dismissed. A later Motion to Amend (Doc. 44) by Plaintiff was denied under Federal Rule of Civil Procedure 15(a) as untimely and prejudicial in an Order dated July 22, 2013. (Doc. 70).

**SO ORDERED**, this the 23rd day of September, 2013.

*s/ Hugh Lawson*_____
**HUGH LAWSON, SENIOR JUDGE**

scr