# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**BRUCE WAYNE HUEY,**

    Plaintiff,

v.

**TED PHILBIN, CECILIA LINDER, and WAYNE RIZER**,

    Defendants.

Civil Action No. 7:12-CV-97 (HL)

## ORDER

Before the Court are Plaintiff's Objections to the Court's Order (Doc. 87), listed in CM/ECF as "Motion for Reconsideration." Plaintiff asks the Court to reconsider its earlier order denying his Motion for Clerk to Refile Civil Action Under the Constitutional Misc. Green File (Doc. 81). The motion for reconsideration is an objectively frivolous pleading for it "lacks an arguable basis either in fact or law." See Bingham v. Thomas, 654 F.3d 1171, 1175 (11th Cir. 2011) (internal quotation and citation omitted). Plaintiff's legal citations are entirely unrelated to the action he requests, which is misguided on its face. There is no such thing as a "Constitutional Misc. Green File" in the Court's docketing system. The motion is denied.

In light of Plaintiff's incarcerated status and the fact that this is a *pro se* pleading, the Court will be long-suffering with him and assume that the Court's

earlier orders warning against further frivolous motions passed this one in the mail. However, Plaintiff should be on notice that the Court will not view favorably future motions that lack a factual or relevant legal basis.

  **SO ORDERED**, this the 18th day of December, 2013.

          <u>*s/ Hugh Lawson*</u>
          **HUGH LAWSON, SENIOR JUDGE**

scr